UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - -  x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :       SEALED ORDER
                                    :
CHUCK FREI,                         :       18 Cr. 822 (DAB)
                                    :
                      Defendant.    :
                                    :
- - - - - - - - - - - - - - - - -  x
```

        WHEREAS, an application has been made by the Government requesting that (1) the charging documents in the above-referenced case pertaining to the defendant CHUCK FREI ("FREI") including Criminal Information 18 Cr. __ (DAB) and related charging paperwork (collectively, the "Frei Charging Documents"), remain under seal until further order of the Court; (2) the transcripts of FREI's arraignment and further proceedings in this matter be sealed until further order of the Court; and (3) the docketing of the Frei Charging Documents, FREI's arraignment, and further proceedings in this matter be delayed until further order of the Court;

        WHEREAS, the Court finds that active law enforcement investigations may be compromised if the Government's application is not granted;

        IT IS HEREBY ORDERED that (1) the Frei Charging Documents shall be sealed until further order of the Court; (2) the transcripts of Frei's arraignment and further proceedings in this

matter shall be sealed until further order of the Court; and (3) the docketing of the Frei Charging Documents, Frei's arraignment, and further proceedings in this matter be delayed until further order of the Court; and

    IT IS FURTHER ORDERED that this Order and the related Application be sealed and their docketing delayed until further order of the Court.

SO ORDERED:

Dated: New York, New York
      November 20, 2018

_____
THE HONORABLE DEBORAH A. BATTS
United States District Judge
Southern District of New York