USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CHUCK FREI,

*Defendant.*

**Consent Order of Restitution**

Docket No. 18 Cr. 822 (JSR)

Upon the application of the United States of America, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, Dina McLeod, and Dominika Tarczynska, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One, Two, and Three of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

**1.      Amount of Restitution**

Chuck Frei, the Defendant, shall pay restitution in the total amount of $1,412,122, pursuant to 18 U.S.C. § 3663A (MVRA), to the victim of the offenses charged in Counts One, Two, and Three—U.S. Customs and Border Protection, 601 W. 26th Street, New York, NY 10001. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**A.      Joint and Several Liability**

Restitution is joint and several with the following defendants in the following cases: Joseph Bailey, *United States v. Bailey*, 19 Cr. 412 (WHP) and Darrell Goodman, *United States v. Goodman*, 19 Cr. 385 (AKH).

2020.01.09

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

The Defendant shall commence monthly installment payments in an amount equal to ten percent of the Defendant's gross income, payable on the fifteenth of each month, on the following date: January 2, 2021.

If the Defendant defaults on the payment schedule set forth above, the Government may pursue other remedies to enforce the judgment.

3. **Payment Instructions**

The Defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his/her name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

4. **Additional Provisions**

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation

Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

## 5. Restitution Liability

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid

[INTENTIONALLY LEFT BLANK]

3

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____  9/21/20
Dina McLeod                          DATE
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637 – 1040

By: _____  9/21/20
CHUCK FREI                           DATE

By: _____  9/21/20
AVRAHAM MOSKOWITZ, ESQ.              DATE

SO ORDERED:

_____  9/21/20
HONORABLE JED S. RAKOFF           DATE
UNITED STATES DISTRICT JUDGE